PEOPLE ex rel. BENJAMINS v. O'KEEFE et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Proceedings by the people of the state of New York, on the relation of Israel Benjamins, against Arthur J. O'Keefe and others. L. M. Wilson, for relator. T. Connoly, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. BERNARD, Appellant, v. McKEE, Respondent. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Proceedings by the people of the state of New York, on the relation of George Bernard, against Moses M. McKee, as special deputy commissioner, etc. F. Walling, for appellant. H. H. Kellogg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.